# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LOGAN CONRAD YOUNGER**　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　**CASE NO. 3:18-CV-00078 BSM**

**JUSTIN TOMPSON**　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

Plaintiff Logan Younger's motion to amend his complaint [Doc. No. 4] to add a new defendant named "Ben Humphries" is denied because Younger has not stated the basis of any claim against Ben Humphries.

IT IS SO ORDERED this 17th day of May 2018.

_____
UNITED STATES DISTRICT JUDGE