# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LOGAN CONRAD YOUNGER**                            **PLAINTIFF**

**v.**                  **CASE NO. 3:18-CV-00078 BSM**

**JUSTIN TOMPSON**                                       **DEFENDANT**

## ORDER

Service was attempted on defendant Justin Tompson at his last known address but the complaint and summons were returned unexecuted [Doc. No. 6]. Plaintiff Logan Conrad Younger has sixty days to provide an address at which Tompson may be served. Once that address is received, the clerk will prepare a summons, and the United States Marshal will serve a copy of the complaint and summons on Tompson. If Younger fails to provide Tompson's address within sixty days, his claims against Tompson may be dismissed. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (per curiam) (plaintiffs proceeding *in forma pauperis* are responsible for providing defendants' addresses), *cert. denied*, 510 U.S. 875 (1993).

IT IS SO ORDERED this 13th day of December 2018.

                                               _____
                                               UNITED STATES DISTRICT JUDGE