# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LOGAN CONRAD YOUNGER**                                               **PLAINTIFF**

**v.**                  **CASE NO. 3:18-CV-00078 BSM**

**JUSTIN TOMPSON**                                                        **DEFENDANT**

## ORDER

Plaintiff Logan Younger's notice to the court [Doc. No. 8] is construed as a motion to amend his complaint to add a new defendant named "Ben Humphries" and is denied because Younger has not sufficiently stated the basis of any claim against Ben Humphries.

The factual allegations in a complaint, assumed true, must state a claim to relief that is plausible on its face. *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007). A claim is facially plausible when the plaintiff pleads sufficient facts that allow a reasonable inference that the defendant is liable for the misconduct alleged. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

Younger claims Humphries denied Younger's "claim," that he is suing Humphries for negligent driving, and that Arkansas State law requires insurance companies to "pay fairly." He alleges no other facts. Because there are no other facts that allow a reasonable inference that Humphries is or would be liable for Younger's injuries or that Humphries wrongly denied his insurance claim, Younger's motion to amend his complaint is denied.

Finally, Younger should be reminded that if he wishes to continue his lawsuit against Justin Tompson, he must provide an address at which Tompson can be served. It is

Younger's—and only Younger's—responsibility to provide Tompson's address. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). Younger will be given an additional fourteen days with which to provide Tompson's address despite his failure to comply with the December 13, 2018, order giving him sixty days to provide Tompson's address. If Younger fails to provide Tompson's address, his claims against Tompson will be dismissed without prejudice.

    IT IS SO ORDERED this 19th day of March 2019.

                                                        UNITED STATES DISTRICT JUDGE