IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LOGAN CONRAD YOUNGER                                    PLAINTIFF

v.                        CASE NO. 3:18-CV-00078 BSM

JUSTIN TOMPSON                                          DEFENDANT

**ORDER**

Younger failed to provide Justin Tompson's current address within fourteen days as directed [Doc. No. 9]. Younger merely provided Tompson's outdated address that previously resulted in the summons being returned unexecuted. Doc. No. 6, 11. Thus, all claims against Tompson are dismissed without prejudice.

Younger's notice to the court [Doc. No. 10] is construed as a motion to amend his complaint to add a new defendant named "Ben Humphries" and is denied because it appears subject matter jurisdiction would not exist. Younger alleges Humphries—both of whom appear to be residents of Arkansas—denied Younger's insurance claim in violation of Arkansas state law. Doc. No. 10. Because Younger's filings fail to establish federal jurisdiction, his lawsuit is dismissed without prejudice. *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 506 (2006).

IT IS SO ORDERED this 3rd day of April 2019.

_____
UNITED STATES DISTRICT JUDGE