# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LOGAN CONRAD YOUNGER**                                                                      **PLAINTIFF**

**v.**                       **CASE NO. 3:18-CV-00078 BSM**

**JUSTIN TOMPSON**                                                                             **DEFENDANT**

## **JUDGMENT**

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of April 2019.

_____
UNITED STATES DISTRICT JUDGE